# LAW OFFICES OF
# JOSEPH F. OWENS, LLC

JOSEPH F. OWENS, ESQ.
EMAIL: aolaw@bizwi.rr.com

2665 S. MOORLAND RD.   SUITE 200
NEW BERLIN, WISCONSIN   53151
Telephone No.  (262) 785 – 0320
Facsimile No.  (262) 785 – 1729

<u>Via Email</u>
DuffinPO@wied.uscourts.gov

March 2, 2020

Honorable William E. Duffin
U.S. Magistrate Judge
Chambers 250, U.S. Courthouse
517 E. Wisconsin Avenue
Milwaukee, WI  53202

      Re:    *Albert Islami v. Canal Insurance, et al.*
             Case No. 19-CV-01073-PP (E.D. Wis.)

Dear Judge Duffin:

In the interest of judicial economy, I am immediately reporting to the court that the above-entitled action has been fully resolved today. Attorney Orleans, who represents all of the defendants, has authorized me to report this settlement to the court and joins in my request to remove the matter from the court's calendar, presently scheduled for mediation this week on Wednesday, March 4, 2020 at 9:00 a.m.

Attorney Orleans and I will be circulating release and dismissal documents later in the week. Please advise if there is anything further we need to do at this time. Thank you.

Sincerely,

*Joseph F. Owens*

Joseph F. Owens

JFO/ljm
cc: Jason Orleans, Esq. (via email)