UNITED STATES DISTRICT COURT
For the
Eastern District of Wisconsin

---

ALBERT ISLAMI,

        Plaintiff,

vs.

ASSOCIATED TRUCKING COMPANY, INC.;
GERALD M. GLORE; and
CANAL INSURANCE COMPANY,
        Defendants.

Case No. 19-CV-1073-PP

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Albert Islami, by his attorneys, THE LAW OFFICES OF JOSEPH F. OWENS, LLC, by Attorney Joseph F. Owens, and the Defendants, Associated Trucking Company, Inc., Gerald M. Glore, and Canal Insurance Company, by their attorneys, ORLEANS, CANTY, NOVY, LLC, by Attorney Jason Orleans, that this matter is dismissed on the merits with prejudice and without costs to any party.

Dated this 18th day of March, 2020.

Law Offices of Joseph F. Owens, LLC
Counsel for Plaintiff

Joseph F. Owens
State Bar No. 1016240

Dated this 4th day of March, 2020.

Orleans, Canty, Novy, LLC
Counsel for Defendants

Jason Orleans
State Bar No. 1113094

DRAFTED BY:
LAW OFFICES OF JOSEPH F. OWENS, LLC
2665 S. Moorland Rd., Suite 200
New Berlin, Wisconsin 53151
Tele: (262) 785-0320/Fax: (262) 785-1729
aolaw@bizwi.rr.com