UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALBERT ISLAMI,

    Plaintiff,

v.                                           Case No. 19-cv-1073-pp

ASSOCIATED TRUCKING CO., INC.,
GERALD M. GLORE, and
CANAL INSURANCE COMPANY,

    Defendants.

---

### ORDER APPROVING STIPULATION FOR DISMISSAL (DKT. NO. 19) AND DISMISSING CASE

---

On March 19, 2020, the parties filed a Stipulation for Dismissal With Prejudice. Dkt. No. 19. The court **APPROVES** the stipulation and **ORDERS** that this case is **DISMISSED with prejudice** on the merits and without costs to either party.

Dated in Milwaukee, Wisconsin this 20th day of March, 2020.

                                                **BY THE COURT:**

                                                _/s/ Pamela Pepper_
                                                **HON. PAMELA PEPPER**
                                                **Chief United States District Judge**